17227. DANIEL *v.* THE STATE.

BROYLES, C. J. The overruling of the certiorari was not error.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED MAY 12, 1926.

Certiorari; from Fulton superior court—Judge E. D. Thomas. February 2, 1926.

*George G. Finch, Robert E. L. Cone,* for plaintiff in error.

*Roy. Dorsey, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.